# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>V.  )<br>)<br>DEPASQUALE STEEL ERECTORS INC., )<br>BRIAN WHEELER, NEW PATH )<br>CONSTRUCTION AND CONSULTING, )<br>LLC  )<br>)<br>Defendants.  ) | Case No.: 1:25-cv-00340 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff United States Fire Insurance Company gives notice that its claims against Defendants DePasquale Steel Erectors Inc., Brian Wheeler and New Path Construction and Consulting, LLC in the above-captioned lawsuit are voluntarily dismissed without prejudice.

Dated: June 3, 2025            Respectfully Submitted,

                                  By:    s/*Bevin Carroll*
                                          Bevin Carroll (Illinois Bar No. 6308716)
                                          Heidi Kuffel (Illinois Bar No. 6313935)
                                          Bevin.Carroll@kennedyslaw.com
                                          Heidi.Kuffel@kennedyslaw.com
                                          KENNEDYS CMK LLP
                                          30 South Wacker Drive, Suite 3650
                                          Chicago, IL 60606
                                          Phone: (312) 800-5000
                                          Fax: (312) 207-2110

                                          *Attorneys for Plaintiff United States Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the U.S. District Court, Northern District of Illinois using the CM/ECF system reflecting service to be served upon all parties of record via email.

By: /s/ Bevin Carroll
Bevin Carroll